SDG 422 28:0158

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk  
United States District Court

DATE: February 2, 2026

RE: 25-61216-bem  
Bankruptcy Case No.

Curtis Parker  
Debtor(s)

2017-1 IH Borrower LP

Appellant

vs

Curtis Parker

Appellee

## SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 1/30/2026 – Doc.# 47  
File date of Orders being appealed from 1/21/2026 – Doc. #43, 44

☐ Supplemental Record to USDC Case No.

**Contents of Record:**  
☒ Documents 43, 44, 47, 48, Docket Sheet  
☐ Designated items – Designations not filed    ☐ Appellant(s)    ☐ Appellee  
Filing Fee Paid - ☒ Yes    ☐ No

FROM: Vania S. Allen, Clerk of Court  
United States Bankruptcy Court

By: /s/_____  
Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*