**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 25−61216−bem

*Assigned to:* Chief Judge Barbara Ellis−Monro
Chapter 7
Voluntary
No asset

*Date filed:* 09/29/2025
*341 meeting:* 10/31/2025
*Deadline for filing claims (govt.):* 03/30/2026
*Deadline for objecting to discharge:* 12/30/2025

*Debtor*
**Curtis Parker**
1149 Autumn Glen Way
Dacula, GA 30019
GWINNETT−GA
SSN / ITIN: xxx−xx−0841

represented by **Curtis Parker**
PRO SE

**Karmel Sunzette Davis**
Karmel S. Davis & Associates
P.O. Box 5736
Douglasville, GA 30154
(678) 715−0967
Fax : (678) 715−0987
Email: info@karmeldavislaw.com
*TERMINATED: 11/14/2025*

*Trustee*
**Kyle A. Cooper**
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022
678−920−0793

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404−331−4437

| Filing Date | # | Docket Text |
|---|---|---|
| 09/29/2025 | 1 | Voluntary Petition (Chapter 7) for Individual(s) Filed by Karmel Sunzette Davis of Karmel S. Davis & Associates on behalf of Curtis Parker. Government Proof of Claim due by 3/30/2026. (Davis, Karmel) |
| 09/29/2025 | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Karmel Sunzette Davis on behalf of Curtis Parker. (Davis, Karmel) |
| 09/29/2025 | 3 | Payment Advices of Debtor, filed by Karmel Sunzette Davis on behalf of Curtis Parker. (Davis, Karmel) |
| 09/29/2025 | 4 | Credit Counseling Service Certificate filed by Karmel Sunzette Davis on behalf of Curtis Parker. (Davis, Karmel) |

| | | | |
|---|---|---|---|
| 09/29/2025 | | | Receipt of Initial Docs01: Voluntary Petition (Chapter 7)( 25−61216) [misc,1011aty] ( 338.00) filing fee. Receipt Number A64070754. Fee Amount 338.00 (re: Doc# 1) (U.S. Treasury) |
| 09/30/2025 | | | Notice of Debtor's Prior Filings for debtor Curtis Parker Case Number 96−00618, Chapter 7 filed in Alabama Northern Bankruptcy Court on 01/25/1996 , Standard Discharge on 05/22/1996; Case Number 17−58727, Chapter 7 filed in Georgia Northern Bankruptcy Court on 05/15/2017 , Standard Discharge on 05/05/2021; Case Number 96−02085, Chapter 13 filed in Alabama Northern Bankruptcy Court on 03/25/1996 , Dismissed for Other Reason on 02/28/2000.(Admin) |
| 09/30/2025 | | 5 | Notice of Chapter 7 Bankruptcy Case and Meeting of Creditors. 341 Meeting to be held on 10/31/2025 at 09:00 AM via Zoom (Cooper): Meeting ID 325 639 5671, Passcode 4143590111, Phone 1 (470) 924−1955. (Admin) Objections for Discharge due by 12/30/2025 |
| 09/30/2025 | | 6 | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (ADIclerk) |
| 10/02/2025 | | 7 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 10/02/2025. (Admin.) (Entered: 10/03/2025) |
| 10/02/2025 | | 8 | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 10/02/2025. (Admin.) (Entered: 10/03/2025) |
| 10/23/2025 | | 9 | Motion for Relief from Stay Fee $ 199, filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. Hearing to be held on 12/3/2025 at 10:15 AM in Courtroom 1402, Atlanta. (Attachments: # 1 Exhibit A) (Totten, Matthew) |
| 10/23/2025 | | | Receipt of Motion for Relief from Stay( 25−61216−bem) [motion,185] ( 199.00) filing fee. Receipt Number A64250367. Fee Amount 199.00 (re: Doc# 9) (U.S. Treasury) |
| 11/02/2025 | | | Chapter 7 Trustee's Report of No Distribution: I, Kyle A. Cooper, having been appointed trustee of the estate of the above−named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above−named debtor(s) has been fully administered.. I request that I be discharged from any further duties as trustee. No party in interest has filed a request for an order of dismissal pursuant to 11 USC 521(i)(2).. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 38964.00, Assets Exempt: $ 12200.00, Claims Scheduled: $ 145191.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 145191.00. (Cooper, Kyle) |
| 11/02/2025 | | | Section 341(a) meeting held and concluded on 10/31/2025 filed by Trustee. (Cooper, Kyle) |
| 11/06/2025 | | 10 | |

| | | | |
|---|---|---|---|
| | | | Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under 521(i)(1), Debtor is not required to file any further document pursuant to 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information. (ADIclerk) |
| 11/10/2025 | | 11 | Motion for Sanctions and Request for Rent Waiver for Violation of the Automatic Stay filed by Curtis Parker . (ngs) |
| 11/12/2025 | | 12 | Certificate of Consent to Withdrawal filed by Karmel Sunzette Davis on behalf of Curtis Parker. (Attachments: # 1 Exhibit # 2 Exhibit) (Davis, Karmel) |
| 11/17/2025 | | 13 | Order and Notice of Preliminary Hearing. Service by BNC. Hearing to be held on 12/3/2025 at 10:15 AM in Courtroom 1402, Atlanta. Entered on 11/17/2025. (related document(s) 11) (ggd) |
| 11/19/2025 | | 14 | Certificate of Mailing by BNC of Order and Notice Notice Date 11/19/2025. (Admin.) (Entered: 11/20/2025) |
| 11/25/2025 | | 15 | Motion for Additional Sanctions Against Invitation Homes For Willful Violation of the Automatic Stay filed by Curtis Parker . (jwc) |
| 11/30/2025 | | 16 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 11/30/2025). filed by Trustee. (related document(s) ) (Cooper, Kyle) |
| 12/01/2025 | | 17 | Motion for Sanctions for Willful Violation of the Automatic Stay filed by Curtis Parker . (ngs) |
| 12/02/2025 | | 18 | Response to Motion *in Opposition,* filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. (Attachments: # 1 Exhibit A, Secretary of State records) (related document(s) 11, 15, 17)(Totten, Matthew) |
| 12/03/2025 | | 19 | Reply and Rebut Respondent's Opposition to Motion for Sanctions for Willful Violation of the Automatic Stay filed by Curtis Parker . (related document(s) 18)(ngs) |
| 12/03/2025 | | 25 | Hearing Held re: (related document(s) [9,11]) (csh) (Entered: 12/11/2025) |
| 12/09/2025 | | 20 | Order GRANTING Relief from Automatic Stay of 2017−1 IH Borrower LP . (Related Doc # 9) Service by BNC.. Entered on 12/9/2025. (kdh) |
| 12/09/2025 | | 21 | Amended Motion for Sanctions and Request for Rent Waiver for Violation of the Automatic Stay filed by Curtis Parker . (related document(s) 11) (ngs)Modified on 12/10/2025 (ggd). |
| 12/09/2025 | | 22 | |

| | | | |
|---|---|---|---|
| | | | Amended Motion for Additional Sanctions Against Invitation Homes For Willful Violation of the Automatic Stay filed by Curtis Parker . (related document(s) 15) (ngs)Modified on 12/10/2025 (ggd). |
| 12/09/2025 | | 23 | Amended Motion for Sanctions for Willful Violation of the Automatic Stay filed by Curtis Parker . (related document(s) 17) (ngs) |
| 12/10/2025 | | 24 | Scheduling Order and Notice of Evidentiary Hearing. Service by BNC. Hearing to be held on 3/31/2026 at 01:30 PM in Courtroom 1402, Atlanta. Entered on 12/10/2025. (related document(s) 21, 22, 23) (ggd) |
| 12/11/2025 | | 26 | Certificate of Mailing by BNC of Order on Motion for Relief from Stay Notice Date 12/11/2025. (Admin.) (Entered: 12/12/2025) |
| 12/12/2025 | | 27 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/12/2025. (Admin.) (Entered: 12/13/2025) |
| 12/16/2025 | | 28 | Notice to Debtor(s) Regarding Financial Management Certificate Due. Service by BNC. (ADIclerk). |
| 12/18/2025 | | 29 | Certificate of Mailing by BNC of Notice to Debtor Re: Financial Mgmt. Cert. Notice Date 12/18/2025. (Admin.) (Entered: 12/19/2025) |
| 12/29/2025 | | 30 | Notice of Settlement, Debtor's Motions Against Respondent Filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. (related document(s) 11, 15, 17, 21, 22, 23)(Totten, Matthew) |
| 01/01/2026 | | 31 | Personal Financial Management Course Certificate For Debtor filed by Karmel Sunzette Davis on behalf of Curtis Parker. (related document(s) 5) (Davis, Karmel) |
| 01/06/2026 | | 32 | Motion to Dismiss Based on Settlement filed by Curtis Parker . (related document(s) 11, 15, 17, 21, 22, 23, 30) (ngs) |
| 01/09/2026 | | 33 | Order GRANTING Motion to Dismiss Action (Related Doc # 32) and Motion for Sanctions for Violation of the Automatic Stay is DISMISSED with prejudice (Related Doc # 11, 15, 17, 21, 22, 23) Service by BNC. Entered on 1/9/2026. (ggd) |
| 01/11/2026 | | 34 | Certificate of Mailing by BNC of Order on Motion Notice Date 01/11/2026. (Admin.) (Entered: 01/12/2026) |
| 01/12/2026 | | 35 | Motion to Enforce Settlement Agreement, Vacate Dismissal, for Damages, and for Sanctions filed by Curtis Parker . (related document(s) 30, 33) (ngs) |
| 01/12/2026 | | 36 | Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Enforcement of Settlement filed by Curtis Parker . (ngs) |
| 01/13/2026 | | 37 | Order and Notice of Evidentiary Hearing and Order Not to Evict. Service by BNC. Hearing to be held on 1/20/2026 at 11:00 AM in Courtroom 1402, Atlanta. Entered on 1/13/2026. (related document(s) 35, 36) (kmw) |
| 01/15/2026 | | 38 | Certificate of Mailing by BNC of Order and Notice Notice Date 01/15/2026. (Admin.) (Entered: 01/16/2026) |
| 01/16/2026 | | 39 | |

| | | | |
|---|---|---|---|
| | | | Response to Motion *re Settlement and Sanctions by Debtor* filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. (Attachments: # 1 Exhibit A, Pre−settlement Ledger of Account # 2 Exhibit B, Debtor 12/31 Email re AirBnB # 3 Exhibit C, Debtor AirBnB Listing of Property # 4 Exhibit D, 12/26 Debtor email # 5 Exhibit E, 12/29 Debtor Email # 6 Exhibit F, Settlement Offer to Debtor # 7 Exhibit G, Debtor Acceptance of Settlement Agreement # 8 Exhibit H, Default and Termination Letter to Debtor # 9 Exhibit I, Jan 9 Performance Email from Respondent # 10 Exhibit J, Jan 10 and Subsequent Threatening Emails from Debtor # 11 Exhibit K, Jan 10 Response to Debtor breach assertions # 12 Exhibit L, Jan 15 anticipatory breach email from Debtor) (related document(s) 35, 36)(Totten, Matthew) |
| 01/16/2026 | | 40 | Witness List *of Respondent*, Exhibit list *of Respondent*, Exhibits *Marked* filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. (Attachments: # 1 Exhibit A − January 1, 2026, Rental Ledger of Debtor re 1149 Autumn Glen Wy Pre−settlement Application # 2 Exhibit B − December 31, 2025, Email from Debtor to Respondent Confirming AirBnB Delisting # 3 Exhibit C − Debtors AirBnB Listing of 1149 Autumn Glen Wy, Dated 12/22/2025 # 4 Exhibit D − December 26, 2025, Email from Debtor to Respondent Settlement Offer # 5 Exhibit E − December 29, 2025, 12:26pm Email from Debtor to Respondent, Specifying Purported Automatic Stay Violations of Invitation Homes # 6 Exhibit F − December 29, 2025, 3:44pm Settlement Offer Email from Respondent to Debtor # 7 Exhibit G − December 29, 2025, 5:09pm Settlement Acceptance Email from Debtor to Respondent # 8 Exhibit H − December 29, 2025, Letter re Termination of Lease and Demand for Possession of 1149 Autumn Glen Wy # 9 Exhibit I − January 9, 2026 Email from Respondent Counsel to Debtor re Performance under Settlement # 10 Exhibit J − Composite Exhibit Four (4) January 10, 2026 Emails from Debtor to Respondent and One (1) January 15, 2026, Email from Debtor to Respondent # 11 Exhibit K − January 10, 2026, Email from Respondent to Debtor re Respondent Compliance with Settlement # 12 Exhibit L − January 15, 2026, Email from Debtor to Respondent re Debtor Anticipatory Breach # 13 Exhibit M − Residential Lease Agreement, 1149 Autumn Glen Wy, Debtor and Respondent−Landlord # 14 Exhibit N − Doc. 1, Debtor Voluntary Petition for Bankruptcy # 15 Exhibit O − Doc. 32, Debtor Motion to Dismiss Based on Settlement # 16 Exhibit P − Doc. 33, Order Granting Debtor Motion to Dismiss With Prejudice # 17 Exhibit Q − January 9, 2026, Rental Ledger of Debtor re 1149 Autumn Glen Wy Post−settlement Application) (related document(s) 37) (Totten, Matthew) |
| 01/20/2026 | | 41 | Movant's Reply in Support of Motion to Enforce Settlement and for Injunctive Relief filed by Curtis Parker . (related document(s) 36)(hd) |
| 01/20/2026 | | 42 | Evidentiary Hearing Held. Testimony provided by Curtis Parker. There we no exhibits admitted. (related document(s) [35, 36]) (csh) |
| 01/21/2026 | | 43 | Order DENYING Debtors Motion to Enforce Settlement Agreement DENYING Debtors Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Enforcement of Settlement. ORDERED that Courts order of January 9, 2026 [Doc. 33] is VACATED; ORDERED that the Court will reschedule an evidentiary hearing on the Motion for Sanctions [Docs. 21, 22, 23] by separate order. (Related Doc # 33, 35, 36) Service by BNC. Entered on 1/21/2026. (sls) |
| 01/21/2026 | | 44 | Order and Notice of Evidentiary Hearing on Debtor's Amended Motion for Sanctions and Request for Rent Waiver for Violation of the Automatic Stay; Debtor's Amended Motion for Additional Sanctions Against |

| | | | |
|---|---|---|---|
| | | | Invitation Homes for Willful Violation of the Automatic Stay; Debtor's Amended Motion for Sanctions for Willful Violation of the Automatic Stay. (Related Doc 21, 22, 23) Service by BNC. Hearing to be held on 3/31/2026 at 01:30 PM in Courtroom 1402, Atlanta. Entered on 1/21/2026. (sls)Modified on 1/21/2026 (sls). |
| 01/23/2026 | | 45 | Certificate of Mailing by BNC of Order on Motion for Preliminary Injunction Notice Date 01/23/2026. (Admin.) (Entered: 01/24/2026) |
| 01/23/2026 | | 46 | Certificate of Mailing by BNC of Order and Notice Notice Date 01/23/2026. (Admin.) (Entered: 01/24/2026) |
| 01/30/2026 | | 47 | Notice of Appeal to District Court, Fee $ 298 filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. Appellant Designation due by 2/13/2026, submission by USBC to USDC due by 3/2/2026, (Attachments: # 1 Exhibit Form 417A # 2 Exhibit A − Order # 3 Exhibit B − Final Order # 4 Exhibit C − Scheduling Order) (related document(s) 43, 44) (Totten, Matthew) (Entered: 01/31/2026) |
| 01/31/2026 | | | Receipt of Notice of Appeal (FEE)( 25−61216−bem) [appeal,97] ( 298.00) filing fee. Receipt Number A64876381. Fee Amount 298.00 (re: Doc# 47) (U.S. Treasury) |
| 02/02/2026 | | 48 | Motion for Stay Pending Appeal *& Incorporated Brief, and To Suspend Any Injunction Prohibiting Movant From Exercising its State Law Rights,* filed by Matthew Franklin Totten on behalf of 2017−1 IH Borrower LP. (related document(s) 37, 43, 44, 47) (Totten, Matthew) |
| 02/02/2026 | | 49 | Notification of Appeal Requirements. (related document(s) 47) (mrw) |