# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk  
United States District Court

DATE: February 13, 2026

RE: 25-61216-bem  
Bankruptcy Case No.

Curtis Parker  
Debtor(s)

2017-1 IH Borrower LP

    Appellant

vs

Curtis Parker

    Appellee

## SUPPLEMENTAL S U B M I S S I O N   S H E E T

<u>Submitted on:</u>

☒ Notice of Appeal filed 1/30/2026 – Doc.# 47  
    File date of Orders being appealed from 1/21/2026 – Doc. #43, 44

☒ Supplemental Record to USDC Case No. 26-cv-00584-SDG

**<u>Contents of Record:</u>**  
☒ Document #57 Motion to dismiss by Appellee  
☐ Designated items – Designations not filed  ☐ Appellant(s)  ☐ Appellee  
Filing Fee Paid - ☒ Yes  ☐ No

FROM: Vania S. Allen, Clerk of Court  
         United States Bankruptcy Court

By: /s/_____  
      Madeline Ramos-White, Deputy Clerk