# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: February 18, 2026 |
| RE: 25-61216-bem<br>Bankruptcy Case No. | Curtis Parker<br>Debtor(s) |
| | 2017-1 IH Borrower LP |
| | Appellant |
| | vs |
| | Curtis Parker |
| | Appellee |

## SUPPLEMENTAL SUBMISSION SHEET

<u>Submitted on:</u>

☒ Notice of Appeal filed 1/30/2026 – Doc.# 47
   File date of Orders being appealed from 1/21/2026 – Doc. #43, 44

☒ Supplemental Record to USDC Case No. 26-cv-00584-SDG

**<u>Contents of Record:</u>**
☒ Document #60 Order granting stay pending appeal and lifting injunction
☐ Designated items – Designations not filed    ☐ Appellant(s)    ☐ Appellee
Filing Fee Paid -  ☒ Yes    ☐ No


FROM: Vania S. Allen, Clerk of Court
      United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*