# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Kevin P. Weimer, Clerk of Court<br>United States District Court | DATE: March 2, 2026 |
| RE: 25-61216-bem<br>Bankruptcy Case No. | Curtis Parker<br>Debtor(s)<br><br>2017-1 IH Borrower LP<br>Appellant<br><br>vs<br>Curtis Parker<br>Appellee |

## SUPPLEMENTAL SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 01/30/2026 - Doc. No. 47
   File date of Order being appealed from 01/21/2026   Doc. No. 43, 44

☒ Supplemental Record to USDC Case No. **26-cv-00584-SDG**

**Contents of Record:**
☒ Documents: 1,9,20,21,22,23,30,32,33,35,36,37,39,40,56,58,63

☒ Designated items from    ☒ Appellant(s)    ☒ Appellee
   Filing Fee Paid -  ☒ Yes    ☐ No

FROM:  Vania. S. Allen, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
       Yahaira Lugo, Deputy Clerk