

**IT IS ORDERED as set forth below:**

**Date: January 13, 2026**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CURTIS PARKER,<br><br>　　　Debtor.<br><br>CURTIS PARKER,<br><br>　　　Movant,<br><br>v.<br>2017-1 IH BORROWER, LP,<br><br>　　　Respondent. | CASE NO. 25-61216-BEM<br><br>CHAPTER 7<br><br><br><br><br><br>Contested Matter |

**ORDER AND NOTICE OF EVIDENTIARY HEARING AND ORDER NOT TO EVICT**

　　　1. An evidentiary hearing in the above-styled matter on Debtor's *Motion to Enforce Settlement Agreement, Vacate Dismissal, for Damages, and for Sanctions* [Doc. 35] and on Debtor's *Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Enforcement of Settlement* [Doc. 36] will be held on **January 20, 2026, at 11:00 AM**, in

**COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA. The hearing will not be rescheduled except by express permission of the Court.

2. Counsel and parties appearing *pro se* are hereby directed to file on the docket witness lists and marked exhibits, with a cover page listing the exhibits, on or before **January 16, 2026**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

3. If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

4. It is ORDERED that Respondent shall not proceed with eviction proceedings against Debtor until further order of this Court.

**END OF ORDER**

**<u>Distribution List</u>**

Curtis Parker
1149 Autumn Glen Way
Dacula, GA 30019

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022