## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TO: | **ALL PARTIES** |
| RE: | **USBC RULE 8010(b)(3) NOTICE and BANKRUPTCY APPEAL BRIEFING SCHEDULE** |
| DATE: | **3/3/2026** |
| USDC CASE NO: | **1:26-cv-00584-SDG** |
| BANKRUPTCY CASE NO: | **25-61216-bem** |
| FEE STATUS: | **PAID** |

Pursuant to Bankruptcy Rule 8010(b)(3), notice is hereby given that the record on appeal from the United States Bankruptcy Court for the Northern District of Georgia in the above-styled case was received and entered on the docket of the United States District Court for the Northern District of Georgia on 2/2/2026.

Pursuant to Bankruptcy Rule 8018(a)(1), the appellant shall serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.

Pursuant to Bankruptcy Rule 8018(a)(2), the appellees shall serve and file a brief within 30 days after service of the brief of the appellant.

Pursuant to Bankruptcy Rule 8018(a)(3), the appellant may serve and file a reply brief within 14 days after service of the appellees' brief.

The Notice of Appeal will be transmitted to the United States District Judge, Honorable Steven D. Grimberg, for a ruling at the expiration of time for filing of briefs as indicated above, unless a different time is prescribed by Order of the District Court. Pursuant to Local Rule of this Court, no hearing on appeal will be granted unless specifically requested at the time briefs are filed, and then only in the discretion of the District Court.

Dated:  <u>March 3, 2026</u>

                                                              KEVIN P. WEIMER, CLERK and
                                                              DISTRICT COURT EXECUTIVE

                                                                  <u>s/C. Pollard</u>
                                                  By:    Deputy Clerk